IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION


LINDA CLEGHORN,                              )
                                             )
    Plaintiff,                               )
v.                                           )          2:05-0130
                                             )
MICHAEL ASTRUE, Commissioner of Social       )
Security,                                    )
                                             )
    Defendant.                               )


**O R D E R**

The Court has considered the Report and Recommendation of the Magistrate Judge wherein he recommends that the decision of the Commissioner be affirmed. The Court has also considered the timely objections of Plaintiff. From a consideration of all of which and the entire file, it is obvious that the decision of the Administrative Law Judge is supported by substantial evidence.

The Report and Recommendation of Magistrate Judge Bryant is adopted as the findings of fact and conclusions of law of the court, and the decision of the Commissioner is AFFIRMED and the case DISMISSED.

IT IS SO ORDERED.


_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge